IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :
IN RE TYCO INTERNATIONAL LTD.,                                       :   MDL Docket No. 02-1335-B
SECURITIES, DERIVATIVE AND "ERISA"                                   :
LITIGATION                                                           :   This Document Relates To:
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
                                                                     :
STATE OF NEW JERSEY, DEPARTMENT                                      :   Docket No. 03-1337-B
OF TREASURY, DIVISION OF                                             :
INVESTMENTS BY TREASURER JOHN E.                                     :
McCORMAC, on behalf of the COMMON                                    :
PENSION FUND A, DCP EQUITY FUND,                                     :
DCP SMALL CAP EQUITY FUND,                                           :
SUPPLEMENTAL ANNUITY COLLECTIVE                                      :
TRUST FUND, NJ BEST POOLED EQUITY                                    :
FUND, and TRUSTEES FOR THE SUPPORT                                   :
OF PUBLIC SCHOOLS FUND,                                              :
                                                                     :
                    Plaintiffs,                                      :
                                                                     :
           v.                                                        :
                                                                     :
TYCO INTERNATIONAL LTD.,                                             :
L. DENNIS KOZLOWSKI, MARK H.                                         :
SWARTZ, MARK A. BELNICK,                                             :
PRICEWATERHOUSECOOPERS, LLP,                                         :
PRICEWATERHOUSECOOPERS,                                              :
FRANK E. WALSH, JR., RICHARD S.                                      :
BODMAN, JOHN F. FORT, III, JAMES S.                                  :
PASMAN, JR., and WENDY E. LANE,                                      :
                                                                     :
                    Defendants.                                      :
                                                                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

**MOTION OF PRICEWATERHOUSECOOPERS LLP FOR BRIEFING
SCHEDULE FOR SUMMARY JUDGMENT ON LOSS CAUSATION AND
<u>MODIFICATION OF EXPERT DISCOVERY SCHEDULE</u>**

Defendant PricewaterhouseCoopers LLP ("PwC") respectfully moves to set a briefing schedule to permit PwC to move for summary judgment on loss causation on an immediate basis and to modify the expert discovery schedule. In particular, PwC asks

that Practice and Procedure Order No. 12, as modified on February 4, 2008, be further modified as set forth in the Proposed Order attached hereto as Exhibit A. In support of its motion, PwC submits the accompanying (i) Memorandum of Law; (ii) Declaration of Michael P. Carroll (the "Carroll Declaration"); and (iii) Motion to Expedite Briefing.[1] Counsel for PwC has contacted counsel for Plaintiffs, and Plaintiffs do not assent to the relief sought herein.

WHEREFORE, PwC respectfully requests the following relief:

A. An order establishing a summary judgment briefing schedule on loss causation and modifying the expert discovery schedule as set forth in the Proposed Order attached hereto as Exhibit A; and

B. An order granting PwC such other relief as is just and equitable.

Dated: March 4, 2008

/s/ Arnold Rosenblatt
Arnold Rosenblatt (#2879)
COOK, LITTLE, ROSENBLATT
& MANSON, P.L.L.C.
650 Elm Street
Manchester, New Hampshire 03101
(603) 621-7100

Attorneys for
PricewaterhouseCoopers LLP

---

[1] The Memorandum of Law and Carroll Declaration, and the exhibits attached thereto, have been filed conventionally along with a Motion to Seal these materials, in accordance with Paragraph 13 of the March 11, 2005 Stipulated Protective Order entered in this litigation. PwC has electronically filed a Notice of Conventional Filing in connection with these materials.

OF COUNSEL:

Michael P. Carroll
Michael S. Flynn
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017

Christian M. Hoffman
Carter D. Morse, Jr.
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, Massachusetts 02210-2600

**CERTIFICATE OF SERVICE**

      I hereby certify that on March 4, 2008, I caused true and correct copies of the (i) Motion of PricewaterhouseCoopers LLP for Briefing Schedule for Summary Judgment on Loss Causation and Modification of Expert Discovery Schedule, and Exhibit A attached thereto; and (ii) Notice of Conventional Filing of PricewaterhouseCoopers LLP to be served electronically upon the counsel below:

James P. Bonner, Esquire
Patrick L. Rocco, Esquire
Shalov Stone Bonner & Rocco LLP
65 Madison Avenue, Suite 333
Morristown, NJ 07960
**Counsel for NJ Plaintiffs**

Gerald A. Liloia, Esquire
Michael P. O'Mullan, Esquire
Derek Freijomil, Esquire
Riker Danzig Scherer Hyland & Perretti, LLP
Headquarters Plaza
One Speedwell Avenue
Morristown, NJ 07962
**Counsel for NJ Plaintiffs**

R. Matthew Cairns, Esquire
Ransmeier & Spellman, PC
One Capitol Street
Concord, NH  03302-0600
**Counsel for NJ Plaintiffs**

Ann M. Galvani, Esquire
Marilyn C. Kunstler, Esquire
Boies Schiller & Flexner LLP
575 Lexington Ave., 7th Floor
New York, NY 10022
**Counsel for Tyco International Ltd.**

Elizabeth Edwards, Esquire
Anne B. McCray, Esquire
McGuire Woods, LLP
One James Center
901 East Cary Street
Richmond, VA 23219
**Counsel for Tyco International Ltd.**

Karma M. Giulianelli, Esquire
John S. Phillips, Esquire
Bartlit Beck Herman Palenchar & Scott LLP
1899 Wynkoop Street, 8th Floor
Denver, CO 80202
**Counsel for Tyco International Ltd.**

Edward Haffer, Esquire
Sheehan Phinney Bass & Green
PO Box 3701
Manchester, NH 03105-3701
**Counsel for Tyco International Ltd.**

Richard McNamara, Esquire
Wiggin & Nourie PA
PO Box 808
Manchester, NH 03105-0808
**Counsel for L. Dennis Kozlowski**

Michael Grudberg, Esquire
James A. Mitchell, Esquire
Stillman, Friedman & Shechtman, P.C.
425 Park Avenue
New York, NY 10022
**Counsel for Mark H. Swartz**

William T. Hassler, Esquire
Elizabeth M. Johnson, Esquire
Steptoe & Johnson LLP
1330 Connecticut Ave. NW
Washington, DC 20036
**Counsel for Mark A. Belnick**

David A. Vicinanzo, Esquire
Gordon McDonald, Esquire
Nixon Peabody LLP
900 Elm Street, 14th Floor
Manchester, NH 03101-2031
**Counsel for Mark A. Belnick**

William R. Maguire, Esquire
Sarah Loomis Cave, Esquire
Hughes Hubbard & Reed
One Battery Park Plaza
New York, NY 10004-1482
**Counsel for PricewaterhouseCoopers-Bermuda**

James Townsend, Esquire
Townsend Law Office
PO Box 1067
Londonderry, NH 03053
**Counsel for PricewaterhouseCoopers-Bermuda**

Laurence Greenwald, Esquire
Michele Pahmer, Esquire
Stroock & Stroock & Lavan LLP
180 Maiden Lane
New York, NY 10038
**Counsel for Frank E. Walsh, Jr.**

Irwin H. Warren, Esquire
Ashley R. Altschuler, Esquire
Weil Gotshal & Manges LLP
767 Fifth Avenue
New York, NY 10153
**Counsel for Defendants Richard S. Bodman**
**and Wendy E. Lane**

Gregory A. Markel, Esquire
Douglas I. Koff, Esquire
Cadwalader, Wickersham & Taft, LLP
One World Financial Center
New York, NY 10281
**Counsel for John F. Fort, III and James S. Pasman, Jr.**


**And By U.S. Mail Upon:**

Robert N. Shwartz, Esquire
Debevoise & Plimpton
919 Third Avenue
New York, NY 10022-3904
**Counsel for L. Dennis Kozlowski**

Amy E. Millard, Esq.
Clayman & Rosenberg
305 Madison Ave., Suite 1301
New York, NY 10165-0110
**Counsel for John F. Fort, III**

/s/ Russell L. Lippman
Russell L. Lippman
DAVIS POLK & WARDWELL
450 Lexington Avenue
New York, New York 10017
rlippman@dpw.com
(212) 450-6367

4